

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

HECTOR VEGA, §

   Appellant, §

v. §

THE STATE OF TEXAS, §

   Appellee. §

§

No. 08-12-00100-CR

Appeal from the

County Court at Law Number One

of El Paso County, Texas

(TC# 20090C10765)

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF JANUARY, 2014.

       GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.